AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California  ▾

| | |
|---|---|
| SHANGHAI JINKO GREEN ENERGY ENTERPRISE MANAGEMENT CO., LTD. and ZHEJIANG JINKO SOLAR CO., LTD., <br><br> *Plaintiff(s)* <br><br> v. <br><br> ABALANCE CORPORATION, WWB CORPORATION, FUJI SOLAR CO., LTD., VIETNAM SUNERGY JOINT STOCK COMPANY, VIETNAM SUNERGY (BAC NINH) COMPANY LIMITED, VSUN SOLAR USA INC, TOYO CO., LTD., and VIETNAM SUNERGY CELL COMPANY LTD. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:24-cv-08828-LJC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEE ATTACHED LIST

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Yun Louise Lu, Bar No. 253114; LLu@perkinscoie.com
> Miguel J. Bombach, Bar No. 274287; MBombach@perkinscoie.com
> Abigail A. Gardner, Bar No. 334598;AGardner@perkinscoie.com
> PERKINS COIE LLP
> 11452 El Camino Real, Ste 300
> San Diego, California 92130-2080
> Telephone:+1.858.720.5700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date:  12/10/24  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-8828-LJC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*


                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

**<u>ATTACHMENT TO SUMMONS</u>**

Shanghai Jinko Green Energy Enterprise Management Co., Ltd. et al v. Abalance Corporation et al
Case 3:24-cv-08828-LJC

**Abalance Corporation**
Abalance Corporation
Tennozu First Tower F16, 2-2-4, Higashishinagawa,
Shinagawa-ku, Tokyo 140-0002

**WWB Corporation**
Tennozu First Tower F5, 2-2-4, Higashishinagawa,
Shinagawa-ku, Tokyo 140-0002

**Fuji Solar Co., Ltd.**
Tennozu First Tower F5, 2-2-4, Higashishinagawa,
Shinagawa-ku, Tokyo 140-0002

**Vietnam Sunergy Joint Stock Company**
Lot III - Dong Vang, Dinh Tram Industrial Park,
Nenh Ward, Viet Yen Town, Bac Giang Province,
Vietnam

**Vietnam Sunergy (BAC NINH) Company Limited**
Lot CN-09.1 Thuan Thanh II Industrial Park, Mao
Dien Commune, Thuan Thanh District, Bac Ninh
Province, Vietnam

**VSUN Solar USA Inc**
909 Corporate Way
Fremont, California 94539

**TOYO Co., Ltd.**
Tennoz First Tower F5, 2-2-4,
Higashi-shinagawa, Shinagawa-ku,
Tokyo, Japan 140-0002

**Vietnam Sunergy Cell Company Limited**
Lot CN02 Cam Khe Industrial Park, Cam Khe Town,
Cam Khe District,
Phu Tho Province, Vietnam