1  Irene Yang (SBN 245464)
   SIDLEY AUSTIN LLP
2  555 California Street, Suite 2000
   San Francisco, California 94104-1715
3  Telephone: (415) 772-1200
   Facsimile: (415) 772-7400
4  Email: irene.yang@sidley.com

5  Tung T. Nguyen (*pro hac vice*)
   SIDLEY AUSTIN LLP
6  2021 McKinney Avenue, Suite 2000
   Dallas, TX 75201
7  Telephone: (214) 981-3300
   Facsimile: (214) 981-3400
8  Email: tnguyen@sidley.com

9  Attorneys for Defendants
   ABALANCE CORPORATION, WWB
10 CORPORATION, FUJI SOLAR CO., LTD.,
   VIETNAM SUNERGY JOINT STOCK
11 COMPANY, VIETNAM SUNERGY (BAC
   NINH) COMPANY LIMITED, VSUN
12 SOLAR USA INC., TOYO CO., LTD.,
   and TOYO SOLAR COMPANY LIMITED
13 F/K/A VIETNAM SUNERGY CELL COMPANY LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHANGHAI JINKO GREEN ENERGY ENTERPRISE MANAGEMENT CO., LTD. and ZHEJIANG JINKO SOLAR CO., LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>ABALANCE CORPORATION, WWB CORPORATION, FUJI SOLAR CO., LTD., VIETNAM SUNERGY JOINT STOCK COMPANY, VIETNAM SUNERGY (BAC NINH) COMPANY LIMITED, VSUN SOLAR USA INC., TOYO CO., LTD., and VIETNAM SUNERGY CELL COMPANY LTD.,<br><br>Defendants. | Case No. 3:24-cv-08828-JSC<br><br>**DECLARATION OF IRENE YANG IN SUPPORT OF DEFENDANTS ABALANCE CORP., WWB CORP., AND FUJI SOLAR CO., LTD.'S MOTION TO DISMISS (1) FOR LACK OF PERSONAL JURISDICTION UNDER FED. R. CIV. P. 12(b)(2) AND (2) FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)**<br><br>Date: May 22, 2025<br>Time: 10:00 a.m.<br>Dept.: Courtroom 8—19th Floor<br>Judge: Honorable Jacqueline Scott Corley |

I, Irene Yang, declare as follows:

1. I am an attorney with the law firm of Sidley Austin LLP and counsel of record for Defendants Abalance Corporation ("Abalance"), WWB Corporation ("WWB"), and Fuji Solar Co., Ltd. ("Fuji") in the above-captioned matter.

2. I make this declaration in support of Defendants Abalance, WWB, and Fuji's Motion to Dismiss for (1) Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(b)(2) and (2) Failure to State a Claim under Fed. R. Civ. P. 12(b)(6). I have personal knowledge of the facts set forth in this declaration and am competent to testify as to all matters stated herein.

3. Attached as **Exhibit 1** is a true and correct copy of S&P Capital IQ's public company profile for Abalance, captured on April 10, 2025.

4. Attached as **Exhibit 2** is a true and correct copy of Abalance's company profile from Abalance's website (https://www.abalance.jp/en/aboutus/abalance), last visited on April 16, 2025.

5. Attached as **Exhibit 3** is a true and correct copy of S&P Capital IQ's private company profile for WWB, captured on April 10, 2025.

6. Attached as **Exhibit 4** is a true and correct copy of WWB's company profile from WWB's website (https://wwwb.jp/company/outline), last visited on April 10, 2025.

7. Attached as **Exhibit 5** is a true and correct copy of S&P Capital IQ's private company profile for Fuji, captured on April 10, 2025.

8. Attached as **Exhibit 6** is a true and correct copy of Fuji's company profile from Abalance's website (https://www.abalance.jp/en/aboutus/fujisolar/), last visited on April 16, 2025.

9. Attached as **Exhibit 7** is a true and correct copy of Abalance's "Our Business" webpage on Abalance's website (https://www.abalance.jp/en/business/#energy), last visited on April 16, 2025.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

1   Executed this 16th day of April, 2025, at San Francisco, California.

2                                                   _/s/ Irene Yang_
3                                                    Irene Yang